UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Plaintiff, | ) ) | Crim. No. 5:25-cr-00102-GFVT-MAS |
| v. | ) ) | **MEMORANDUM OPINION** |
| CHASE A. WININGS, | ) ) ) | **&** |
| Defendant. | ) ) ) ) | **ORDER** |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 26.] The recommendation instructed the parties to file any specific written objections within three (3) days after being served with the decision, or else waive the right to further review. [*Id.* at 3.] The Defendant has not objected and the time to do so has passed.

Upon review, the Court is satisfied that Defendant Winings knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea **[R. 26]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Winings is **ADJUDGED** guilty of Count Two of the Indictment;

3. The Defendant's Jury Trial is **CANCELLED**.

This the 17th day of March 2026.

Gregory F. Van Tatenhove
United States District Judge